# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DE RISIO,<br><br>    Plaintiff,<br><br>v.<br><br>LOGISTICARE SOLUTIONS, LLC; PROVIDENCE SERVICE CORPORATION; JOSE ("JODY") GONZALEZ; RACHEL FOWLER; and DOES 1-2, inclusive,<br><br>    Defendants. | Case No. 8:20-cv-00404-JVS-ADS<br><br>**ORDER GRANTING JOINT STIPULATION FOR REMAND TO STATE COURT** |

## ORDER

The honorable Court, having considered Plaintiff MICHAEL DE RISIO ("Plaintiff"), on the one hand, and Defendants LOGISTICARE SOLUTIONS, LLC and THE PROVIDENCE SERVICE CORPORATION's ("Defendants") Joint Stipulation for (1) Dismissal of Defendant THE PROVIDENCE SERVICE CORPORATION and (2) Remand to State Court, and GOOD CAUSE APPEARING, the Court orders as follows:

- This matter is remanded to the Superior Court of California for the County of Orange immediately as of the date this Order is signed.

**IT IS SO ORDERED.**

Dated: March 20, 2020

_____
HON. JAMES V. SELNA
U.S. DISTRICT COURT JUDGE